**FILED**
CLERK, U.S. DISTRICT COURT

May 19, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KH_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION, AFFIDAVIT AND SEIZURE WARRANT 2:26-MJ-02216 | No. 2:26-MJ-02216<br><br>[PROPOSED] ORDER UNSEALING THE APPLICATION FOR SEIZURE WARRANTAND SUPPORTING AFFIDAVIT |

The United States of America has applied *ex parte* for an order unsealing the Application for a Seizure Warrant and the Supporting Affidavit filed in the instant matter.

The referenced filings were sealed in accordance with routine procedure.

Good cause appearing therefor, IT IS ORDERED:

The Application for a Seizure Warrant and the Supporting Affidavit in the instant matter are ordered unsealed immediately.

//

//

DATED:  May 19, 2026

*Karen L. Stevenson*

HONORABLE KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

PRESENTED BY:

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

  */s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA